UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ALLEN SMITH,

      Plaintiff,

v.                                     Case No. 13-11738

                                     Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. # 13)**

On June 24, 2014, Magistrate Judge Mona K. Majzoub submitted a Report and

Recommendation (Doc. #13) recommending that the Court **DENY** Plaintiff's Motion for

Summary Judgment (Doc. # 11) and **GRANT** Defendant's Motion for Summary

Judgment (Doc. # 12).

Neither party filed objections within the time provided under 28 U.S.C. §636(b)(1)

and E.D. Mich. LR 72.1(d).

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Defendant's motion is **GRANTED**; Plaintiff's motion is **DENIED**.  The decision of the

Commissioner is **AFFIRMED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  July 17, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 17, 2014.

s/Linda Vertriest
Deputy Clerk